# EXHIBIT 1

Re: <u>Letter of Reference for John Simonlacaj</u>                    June 18 2016

Your Honor:

I am writing to you in support of my husband John Simonlacaj.

My name is Drita Simonlacaj and I have been married to John for almost 22 years.  We met in my hometown of Warren, Michigan and married when I was just 18 years old.  I fell in love with a kind hearted, caring, giving and good hearted man.  My husband is all of these things.

We have 3 children, ███████ who is 17, ██ who is 13 and ██████who is 5 years old.  My husband is a very involved and wonderful father.  Despite his long hours and heavy responsibilities at work, John always manages to find time for our children. John has always tried to instill the importance of charity and giving back.  Every year around Thanksgiving, he packs up the kids in his pick-up and takes a ride to Sam's club to buy several cases of soups and prepackaged food for the less fortunate.  The kids load up the truck and drive to our nearby church to deliver the food.  He has the kids unload the food once they get there, so that they can feel that they helped.  The feedback that I get from the kids after this experience is amazing!  ████ comes home and tells me how happy she is that someone could eat because of her. Because we spend a lot of time at our upstate home with the kids, we ended up meeting an Amish family.  The father was building us a picnic table for our house.  We later came to know that he had 8 children.  John decided to pack up the kids and head over to Walmart to buy some things that he thought would help this family such as thermal under shirts and pants, socks, and t shirts in different sizes.  This became a yearly ritual for John and the kids.  He has taught and continues to teach the kids the importance of helping others and giving back.

Although John is a loving and affectionate father, he is very stern on the importance of school work.  After working all day he usually gets home around 7pm and helps the kids with homework and always pushes them to do better.  I try to push them as well, but most of the time I can't get through to them the way that he does. Honestly, I lose my patience, but John has a special way that he talks to them and has much more patience than I do.  The many conversations that he had with the kids about the importance of school work has paid off. Let me start with ███████

██, was very involved in sports since he was very young. His father would never miss a game and would always be in the stands cheering him on, leaving work early to make sure he didn't miss a game.  There were endless hours of the two of them practicing in the backyard to help ██ master his sport.  When the college tours began, and our son had to choose between mom and dad to take him on the tours, he chose his father, being that we both could not go. Sports has always been something they bonded over. John has always gone above and beyond to take him to countless Giants football games and Yankees games. John has done everything he can, to make sure ██ has had experiences that he will not forget, such as many family vacations and fishing trips to name a few.  One of my favorite things is walking downstairs and seeing the two of

them just hanging out together, and watching a game or movie. John helped raise a respectable young man that we are very proud of. My son worked very hard in high school and got really good grades throughout. ██████████████ █████████ ████████████████████████████████ ████ ████ ███████████████████████████████████ Your Honor, if John is incarcerated, I will not be able to afford the tuition for my son. John is our sole provider. I don't know what I would do. My son's life will be compromised. You can imagine how proud we are of him for these accomplishments . I can't imagine telling him that he can't go. He is relying on his father to support him financially so that he can go to the school that he has worked so hard throughout the years to attend.

██████ is our aspiring singer. She begged to enter a contest, that was a week long, in Florida, but I was against it, as it was too big of a commitment. Her Dad took time off, and made sure she had a chance at this opportunity. John spent 9 hours each day with her prepping her for the event. She ended up taking first place in the competition. After watching her brother be so involved with sports, ████ too has her own sports interests. John makes sure to spend time with her in our backyard, practicing plays and coaching her. Unlike, ██████ doesn't take school work too seriously. Singing is more important to her. It has been a struggle with her the last few years to say the least. I need her father to help guide her with this. She is at the age where she needs both of us in her life. She is very attached to John. She responds to him better than me, as he is more patient than I am. When ████ gets bad grades or doesn't do her homework, I punish her by taking away her phone or computer. This doesn't phase her much. That's when John steps in. He has a calming way of getting through to her, and she responds in a positive way to him. Unlike with me, I am always the bad guy in her eyes. ████ is a very sensitive young girl, if someone in the family is sick, with a minor cold, she cries because she feels so bad. When John works later hours, both of my girls are asking "where's dad?" If John goes away I cant fathom the thought of breaking their hearts when they ask where he is.

██████ wakes up every Sunday morning, to get ready to go to "breakfast with dad" and then church with the family. She refuses to go to sleep at night until mom and dad read her a bedtime story. To say that she is a Daddy's girl is an understatement. She is his ██████ (her middle name) and will only allow Daddy to call her that. When he walks in the door, ██████ will run up to give him a hug and kiss before telling him, in detail, about her day. They have discussions about toys, and which ones are the best. John takes them to the parade every year on Thanksgiving day, and to see the tree at Rockefeller Center, this has become tradition in our home. Your Honor, my children will be greatly affected by not having their father in their lives. They are so close and rely so heavily on him. I am concerned for my daughters well being because they are so young and won't understand. ██████ is just 5 years old. The emotional pain that they will feel is disheartening. Your Honor, I am scared. I am scared that if John is incarcerated, this will be a great disturbance in my children's lives and will affect and hurt them so deeply.

Not only do my children and I rely on him, but his parents do as well.  My husband is the only son of four children, we live together with his parents. His parents own a business that John runs for them as they are no longer are able to do so. He runs their business and refuses to take a dime from them. They have employees that rely on a paycheck. They depend on John to take them to funerals, weddings, parties & doctors appointments.  John chose to live with them in oder to be there for them as they grow older. His mother is 72 years old and ██████████████        ████████ his father is 75 years old and ██████████████. I cannot begin to stress how devastating it would be to them if John goes away. John has 3 sisters and our home is the gathering point for everyone.  This includes Sunday family dinners, and holiday gatherings at our house.

John has worked very hard throughout the years and has kept the same job for over 20 years. He is the ████████████████████████████████████████████████████ ██████. John is loyal and devoted to his work. In the past, he has been known to take calls in the middle of the night to handle emergencies and get out of bed to head down to the site where he was needed. Because of his determination and years of experience, he has risen to success within the company. John works closely with many of the employees and has managed to make professional and personal relationships with them. John always gave people a chance. The number of people he has helped by providing them with jobs, is countless. He would always get calls from people he did not know asking for his help to find them jobs. These people contacted him because of his reputation in helping so many others in need for work. John's parents, and myself are constantly approached by people in our community saying wonderful things about him and thanking us for the help and jobs that he has given to so many in need.  Your Honor, if you send my husband away, all that he has worked so hard for his entire adult life will be gone.

I was fortunate enough to be able to stay at home and raise our children. John is the center of my life and my children's lives.  He has supported us financially as my role has always been the stay at home wife and mother. This situation has taken such a toll on our lives.  My husband and I stay up every night for hours at a time, talking about what has occurred and how a mistake has compromised our lives emotionally and financially. It has been really tough to try to keep smiles on our faces for the sake of our children when really inside I am terrified that one day I will have to answer the question "Where is Daddy?'  John is sorry and ashamed of the position he has put himself into because of a poor business decision. He regrets what has happen and is remorseful for the poor decisions that he made.  Your Honor, with respect, I am asking for your leniency.

Sincerely,

Drita Simonlacaj

# EXHIBIT 2

Your Honor,

I am writing this letter on behalf of my brother, John Simonlacaj. John and I are closest in age of us four siblings. Due to that, we have been the ones that have truly experienced our parents struggle as immigrants to this country. Our parents worked long hours and held 2 jobs for a long time so that their children could have a better future. I remember as child, my mother would be waiting for us when we came home from school to feed us dinner and then left for her 2nd job as an office cleaner. That was the only time we saw her during the week. My father was the Superintendent were we lived and he would be around the building until 5 and then he would leave for his 2nd job. Our parents showed us the value of hard work. /but through all of this, they also showed us the importance of family. Every weekend, our parents would get us together with our aunts and uncles and their families. We would spend summers at the beach. Spring and Fall meant picnics at Central Park. In the winter months, we would spend at each others homes. Through it all my parents also held strong ties to the community. We attended the Albanian Church every Sunday, a Church that my family helped build.

As we grew older and children became adults and became married, we began to do things amongst ourselves in the same manner our parents had with their children and their siblings. My parents house became our gathering point. I was the first to get married and leave home. On the weekends, i always came home to gather with my family. When I had my two oldest children, my brother would always take them to the movies or to get ice cream. When my brother married, he continued to live at home because he would not leave our parents alone. He knew that they would need his help. My brother has established himself himself as the head of our family. Each of us: my father, my mother, my two sisters and myself look to him for guidance. He looks out for all of us and steps in when we need him.

He works full time and runs my parents' business now that my father no longer is able to manage it on his own. This shows the respect and compassion John has for our parents. Our parents rely heavily on John to run their business. But besides the business, t███████████ ▌███████████████████s. My mother is ██████ and my father ██████ ██████████. They turn to John when they are not feeling well. John is very involved their lives. If John is sent away, my parents will be greatly affected. If my ████████████████████ ████████████████████ My father is proud of his only son. He knows that he raised a respectful, good hearted man that takes care of him and his wife. My father has told me on many occasions that he and John have talked about this issue and John has expressed how a lapse in judgement has left him shaken and sorry. The absence of John will put my father in a



difficult situation regarding his business since John has been running it for many years. My parents both need ███████████████████████████████. The language barrier and understanding of their medical needs is where John is needed so desperately.

His own children are the true center of his life.  John's entire face lights up when one of his children enter the room.  The same is true when he comes home to his children each evening.  His daughters's run up to him as if he had been gone for a week instead a few hours.  His son is John's shadow.  John makes sure to spend quality time with each of his children.  He will randomly just take one and go out with them.  His love and devotion to his 3 children is the most important thing about John.  They will not understand his absence, since he is their champion, their support, and their biggest fan.  His son is heading off to college. My sister in law Drita, remains a stay at home mom who does not have the financial means to put ██ through college if John is incarcerated.  John has been working since 15 years of age, ██ has also worked every summer.  Carrying with the strong ethic our parents instilled in us, John is insisting that ██ also works so that he understands the value of hard work.  But this is crucial time for ███  He is on the verge of becoming his own man and needs his father's guidance and support through this transitional time. ███ is 13 and temperamental, as teenagers can be.  John is her rock during those times.  He is able to speak with her in such a calm way that she responds to him. John spends most weekends attending their  games and coaching them helping them to do their very best.  ██████ is the baby and has such an innocent way about her. I recall a few months ago, where ██████, just 5 years old, was showing me and bragging about how daddy taught her how to tie her shoes. She is looking forward to going into the first grade and going to buy her school supplies with mom and dad. She adores her father and would be devastated if he is not in her life. My nephew,nieces and sister in law  depend on him financially and emotionally.

Every Sunday, we gather at John's house with our families.  I have 4 children, our 2 sisters have 3 and 2 children respectively.  We eat, tease each other, and laugh the entire time.  It is important to each of to spend this time together as a family.   My family and John's have gone on vacations together to Lake George and  Ocean City.  He is constantly inviting  us all up to spend weekends at his upstate home, a place that my children and his children look forward to.  John, always the one initiating these trips.  John is an integral part of our family.  There have been hardships that have occurred  in my life, and John is the one that I always turn to.

John is always looking out for each member of his family.  When I had a fire in my kitchen, John immediately went out and bought a new stove for me so I

could make dinner for my small children.  He didn't ask if I needed any help; he just helped.  When my sister's car was stolen, he gave her his car and used his wife's until she was able to replace the car.  There are so many times where John has helped us when we needed him.  When my son was 17, John took my son into his home for the summer because he got him an internship in NYC.  He allowed my son to live in his home so that he could bring him into the city every day so that he wouldnt have to pay to take a train ticket.

When my sister bought her first home, John was there physically helping her with the construction and sent over some of his friends to help work to prepare the house.

My brother has talked to me about this situation he is in and deeply regrets the bad choices he made.  He is truly sorry and understands that he has put himself and his family in a compromising situation. Please consider the person that my brother is and how greatly affected our family will be if he is absent in our lives. Thank you Your Honor for taking the time to read my letter.


Sincerely,

Lisa Nrekaj

# EXHIBIT 3

July 6, 2016

To the Honorabe Vincent Bricetti,

I am writing in hopes that you will consider my personal attestation as to the character of Mr. John Simonlacaj of Scarsdale, New York.  Over the past decade, Mr. Simonlacaj has distinguished himself as a loving husband, devoted father, loyal friend and trustworthy neighbor.  Mr. Simonlacaj has established a highly respected relationship for himself in his business endeavors by establishing fair and equitable standards in his treatment of co-workers, employees and vendors.  However, John's greatest and most cherished accomplishment to date is the relationship he shares with his wife Drita and their commitment to ████████████████.  John's physical and emotional presence is of paramount importance to these children as they move through their formative years.  As a ██████ ████████████ ██████ I came to realize the importance of on-site parental guidance and the unfortunate consequences that often take place when that support is absent.  John has extended himself to offer guidance to my own son at a point in his life when he lacked direction and confidence.  John's mentorship was truly a gift and provided him the foundation for optimism and success that he was struggling to find at a critical point in his life.  I respectfully request that Mr. Simonlacaj be given all considerations possible so that he may continue in his role as a full time husband, father, mentor and friend.

Very Sincerely,

Timothy A. O'Connell

████████████████

Timothy A. O'Connell

███████████

Levittown, N.Y. █████

# EXHIBIT 4



April 19, 2016

To Whom it May Concern:

I am writing this letter about John Simonlacaj, who I have known for more than 20 years.

I am the ███████████████████████ a real estate development company, where John has ███████████████████ Prior to that, we worked together for 15 years at ████████. When my partner and I launched █████████, we took John with us as a key member of our management team. John, in his capacity as ██████████████████

██████████ █████ Since I've known John, I would describe him as a hardworking and talented ████████████ professional who, above all else, has shown himself to be a person of strong character, honesty and integrity. He has always been forthright with me and my partner and has a reputation for being fair and honest within the industry.

In addition, John and I have spent a lot of time together with our families over the past 20 years, as we have kids of similar ages. I have always known John to be a devoted husband and loving father to his 3 children, ████████████ who he spends a time with on weekends, holidays and family vacations. He takes his kids to Church every Sunday and is very involved in his Church family and community. John is what I would call a very involved parent.

John told about the charges he is facing,  He has expressed his remorse to me about it and told me that in fact it was a terrible mistake.

John is critical to the success of our organization. To lose him would be catastrophic to our company and its projects, and devastating to his family – especially his 3 kids, and a loss to his entire community.

I would be happy to speak to you further about John and what a fine, upstanding guy he is. He goes to bat for me and my partner in business every day. I am happy to be able to stand up and speak on his behalf.

Thank you for your consideration.

Sincerely,

Nir Meir

# EXHIBIT 5



August 3, 2016

To Whom It May Cocern:

My name is Rev. Peter A. Popovich and I am the pastor of ███████████████ here in Hartsdale. I am writing on behalf of Mr. John Simonlacaj. I've known John and his family all my life. I remember John when he was an altar boy at the old church in the Bronx. At that time our community was smaller. We have a tradition to bless yearly the homes of our parishioners, I remember John and his father Simon driving us to people's homes for the blessing. John was young then and he would sit in the double parked car waiting for us to finish. John was educated well by his parents, his father always gave him an example how to help the church, community and fellow man.

Our parish is made out of Albanian Immigrants that were seeking the American dream. The Simonlacaj family was no different than the rest of the parishioners in that they held a real sense of community, faith and hard work. As more Albanians immigrated here, it became evident that we needed a larger church. It was with the help of John and his family that dedicated time and talent to find the place to build the new Church. The Simonlacaj family was the first one to donate $100,000. Over the years I have seen this young boy turn into a good man. He later took a position ███████████████ during this time John was able to find employment for over fifty newly arrived immigrants that were having a hard time sourcing work due to their language barrier. This is the John that I have seen grow in the caring good hearted man and I am proud to say that he considered me like his mentor.

John has been married to Drita for 22 years now and, I was the priest that married them. I also baptized all three of their children. They were always exemplary parents for others in our parish. John is godfather for 10 children and best man in 5 weddings. People always say good things about his examples, his commitments, his faith, family and friends.

John has told me about his criminal charge of over stating his expenses on his tax returns. He has expressed his remorse to me and I believe him. He told me that he will never make this mistake again. John continues to be a pillar to his family, parish and community. I do pray your honor can find some leniency towards John in this matter.

Hoping that this letter will be taken into consideration, I remain

Sincerely,

Rev. Peter A. Popovich
Pastor

# EXHIBIT 6

June 26, 2016

Your Honor,

    My name is Skender Marku and I write this letter for John Simonlacaj.  I am now an American citizen and very grateful and proud of this.  I would like to tell my story to you to hope that you can understand about John.  I came to the United states of america many years ago because I am an anit communist from the country of Albania.  I wanted a better life for my family and I knew that america was this place.  I found a job ████████████████████ ██████.  I did not speak english very good and the pay was very low.  I rented a apartment in the Bronx in a very tough place.  I meet John because he was ████████ ████████ █ █████████ ████  We started to talk and he told me what to do.  I went to night school program to learn to speak english. He told me to get certificate for boiler and sprinkler and stand pipe.  John gave me a chance to become ██████████████████ ████████████████  He gave me two bedroom apartment because I have two children.  I did not pay rent and i could start to save money.  Now I am ███████████████████████████ and my daughter is going to ██████████ █████████  First in my family I asked John to be God father to my children because I know that he would take care of my children like his own if anything happen to me and my wife. I owe John my life in the United states and he is for me the best man I know here.  He gave me a chance and saved my life.  For me is God in heaven and John on earth. Thank you Your Honor.

Thank you

Skender Marku

# EXHIBIT 7

To whom it may concern,

My name is Noke Prebibaj, I was born in Albania in july 5 ▓▓▓. I lived in
albanian for the majority of my youth in a remote  Village called lekbibaj. As a father I wanted to provide and
give my children the best that I  can give but  unfortunately I could not in this place.  Hoping to provide a better
future for my children and my wife  I emigrated to  Italy. Once i had made enough money i had my
family come to Italy. My family and I spent about two years before coming to a blessed country;
America in the year 1999. Imagine coming to the United States  from an  undeveloped country  without
knowing how to speak or having a job  or knowing how to provide for your family. A dear relative Gjergj Ndoja.
Welcomed us into his home and provided for us food and shelter. As luck would have it Gjergj Ndojas  Son
Nikoll  Gjergj introduced me to his friend Gjon Simon lacaj, a blessed person and his family . We came to the
United States in October  30th 1999 and  afte only 15 days in the  United States  I started work  all thinks  to
Gjon Simoni. He was a answer to all my prayers he gave me hope and the ability to provide  for my family.  He
was not only a prayer answer to me but to many other families father's just like me he gave the opportunity and
ability to provide for their family. I was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓ which he help me find. Many people talk about him and how  kind and generous he  was towards people
that needed help. Whoever went to him or was addressed to him  that needed help to find a job he was always
there to help with pleasure.  Furthermore he was a generous donor to churches. I am a firm believer in God I go
to church  and everytime I do I pray for him  and his family  for all the great and generous  things  he has given
to me  and others .  families like his  which are a few should be recognized and honored  for their kindness and
generosity. From the first day till the current one I have known him to be a compassionate man that is
professional in his work while being thoughtful of people he meets. As has become a close friend of mine and
my family. We have had dinners and still he remains the same as the man I met
almost 16 years ago. Anyone that meets him can understand that although he is a
businessman he is a honorable and generous man that helps many people. He has
helped in keeping our rich culture by aiding local albanians as well as encouraging
others to follow in his kindness.
It is a privilege to write this letter to tell about a dear and good friend of
mine. He is also among the most authentic and genuine of people I know.  For as long as I live I'm forever
grateful to him and his wonderful family.


Sencerly,
NDOKE Prebibaj
Ndoke Prebibaj

# EXHIBIT 8

July 24, 2016

Your Honor:
Hello my name Pal Kapaj. I have been in this country since 1996. If it wasnt for
John Simonlacaj and his incredible generousity to help a fellow brother I would
not be here today to tell you my story. I came to this country with █ ████
████ in my pocket and a hope that i would get to live the american dream.
When i came i was surprised at how expensive it costs to live here. I found an
apartment in Brooklyn for a couple of hundred dollars a month not including
food etc. I was getting worried that I would run out of money and would make
me return to Albania. I found a job as ████████████████ ██ but i
knew that my expenses would become more than I can handle. Then one day
when I was talking with friends someone said John's name and said I should
talk to him because ██ ███ ██ ██████████████ ██████ He said that
John helped someone that was like me in my situation. Alot of weeks went by
before I was able to find him. Through a friend of a friend of a friend I was able
to send John a message asking him if I could meet him for a cup of coffee.
John agreed, and several days later we met. He looked like a honest and
sincere guy. He sat quietly and patiently for 45 minutes while I told him my
situation. He left telling me that he would see what he could do. He seem to
care but I thought nothing would happen. Almost 2 months gone by and my
life was getting worse. Then all of a sudden out of the clear blue sky, John
called me. He remembered our conversation and went out of his way to help a
complete stranger. He didnt have to do it but he made it his business to help a
person in need. A rare thing these days. He found me ███ ██ ████ ████
████████ ████ ████ ██ I still work there to this date. John made it
possible for me to start a family here and live the american dream. I owe
everything to him and not a day goes by that I dont wake up and think how
lucky I am that I crossed paths with such a wonderful and caring person named
John Simonlacaj. His gererosity and kindness at a time in my life where all seem
hopeless speaks alot of his character and gold heart and what he did for my life
and my family. I could never repay or thank him enough. I will be forever in his
debt.

Sincerely
Pal Kapaj
Pal Kapaj

# EXHIBIT 9

August 3, 2016

# To Whom It Might Concern

## Re: John Simonlacaj

My name is Marel Ujka. I was born in Shkoder, Albania August 18 ███ and I'm proud to call my self a Citizen of United States of America.
I'm a ████████ and have been doing this type of work for over 20 years, started at a early age of 14 to help me family make it through.
I had the privilege on meeting John Simonlacaj, July 2002 while doing a small repair in lower Manhattan.

Times were very tough for a young, not well spoken immigrant as I was, and thinking back, I don't even know if I would had hired my self. Many times since I came in this country I have asked God for help, an opportunity in life, I was not expecting that he would make me cross paths with John, and forever change my fate, and that of my family.
He gave me the biggest opportunity that I would ever get in my life, a chance to work along side larger companies and build a reputation for my self. John that day opened up a door that would have been impossible to find never mind going through it.

As years went by I would meet people, and learn about the generosity that John has in him. For what I have seen and mostly heard, is that John Simonlacaj has helped dozen and dozen of people that were waiting for a change in their life, a turn for the better or just in plain English a God Send when times are very tough. I really wish that we had more people like John around, people like him that help unconditionally.

Meeting John had a big impact in my life, and the opportunity given by him to work along ████████ has been and still is a privilege that a treasure each day.
I have watched John care about the company that he works for in a way that only who calls it its own would. I cant even remember the number of mornings that I would see John walk the buildings at 5:30 Am. I would ask him " Good morning John, why so early?,, and he always replied by saying " This is the only way to get things done Marel,, and he would just keep walking around while taking quick notes. Some time the both of us used to walk a job site and talk about problems that we encounter, and we though will eventually come up if things were not done the right way. All of this was a huge help for me. Learning how a job site should run, help with

August 3, 2016

terminology used from different trades so I don't look like an inexperienced
███████ and the list goes on.
Some can argue that all this might be learn from a simple book from Barnes and
Noble but all this help was coming from a well seasoned, experienced, and well
respected individual.

I have tried to execute what I have learned from him to my best abilities, and I can
say that it has helped me on establishing a good and honest business with a strong
back bone.
It is thanks to John that I'm where I'm right now in my life. Thanks to him I have the
opportunity expand my company and provide addition work for people that want to
work. Recently I have fulfill my duty as a man. Getting  married and buying  a house
for me and my family. First things first I'm very pleased to call  John Simonlacaj my
Best Men. I was extremely happy that he could make it to my wedding in Albania.
That was the best day of my life and I had a very very good friend, and my best men
by my side. When time came for me to buy a house it was him that recommended a
real estate broker that really cares and not someone not willing to help a person on
their first big purchase. He even recommended a Loan Officer that would be willing
to walk me through each step, and not just a random bank representative.

In 2007 on a Saturday morning around 12:30 Am, as I'm coming back from a very
long day at work, I get rear-ended on the freeway by a drunk driver. The impact is
so severe that I spin out of control. From the impact I ███████████████████
███████████████████████████. When police got to  the scene of the
accident they try to dial the last number on my cellphone. First one they dial was
home but unfortunately my mother did hear the phone ring. Then they called the
second number on the list, John Simolacaj. He picked up and speaks with the police
officer, shocked John finds out that I'm being taken at J███ ███████████████
and, rushes there. This genuinely good hearted person waits outside the ██ ████
██████                                              ███████████ ██████ ███
After walking out of ██ ██ █████ I notice John sitting on a bench and patiently
waiting. This is one of the moments that defines a person, and made me think that
I'm very lucky to know a man like him and, proof over and over again to how good
hearted individual John Simonlacaj really is.

I have nothing to say about John but good things.
He is a very hard worker, first guy in the office and the last out late at night.
A family oriented man, a sole provider for the family and, for what I have seen my
self, a role model to his kids.
John is an absolutely great guy. I'm not a Judge, or a Jury but I can put my hand on
the Bible and tell you that John Simonlacaj misjudged a situation and this is very out
of character for him. He is better then this, because I know him well. In the past
month I have seen him really struggle, it didn't look easy, and was not easy for me to
watch a very good friend and my best man going through it.

August 3, 2016

John Simonlacaj is a very crucial to his family, like the Ridge to a roof. Take a Ridge out and roof will collapse, have John incarcerated and his entire family will collapse. His Children are at a very delicate stage of their life. If their father is incarcerated, that will be a big stain with their social reputation and day to day life. That will keep his kids from giving out 100% of their capabilities to society.
Please let John  continue on his journey, let him be the father that he is to his family

Thank You


Sincerely

Marel Ujka

08/03/2016

# EXHIBIT 10

Patrik Solotruk

August 4, 2016

Honorable Vincent L. Briccetti, United States District Judge

Dear Judge:

My name is Patrik Solotruk. I am writing to you in reference to John Simonlacaj, a man whose character and integrity I know to be most noble and decent.

I have had the pleasure of calling John a good friend for close to 25 years. As young men growing up and playing sports together, John's graciousness was evident. I noticed the kindness, courtesy, and benevolence he bestowed not only upon his friends, but upon all those with whom he interacted.

Just recently, I lost a position during a time in which I had a pregnant wife and sizable mortgage. It was the toughest time of my life. I went to John for advice and assistance. Like a true friend, he shared my burden. After some time, he helped me obtain an opportunity with a reputable company. Four years later, my family and I are enjoying sustenance and solace thanks to the unselfish and supportive efforts of John.

He is the consummate family man. He is a loving husband to his wife, a doting father to his three young children, and a concerned son to his aging parents. His love of family and faith in God has never wavered. He attends Mass every Sunday and is a respected member of his parish and community.

Your Honor, in short, I want you to know and believe as I do that John Simonlacaj is a person who any great man would admire and hold in high esteem.

Sincerely,

Patrik Solotruk

# EXHIBIT 11



July 21, 2016

<u>Re: Letter of Reference for John Simonlacaj</u>

Your Honor:

I am writing in support of John Simonlacaj.

My name is Nick Vataj and I am the ███████████ ████████████████████████
███████████ I have been in business as a contractor for more than 7 years ██████
████████████████████████████████████████████████████████████████including
and in particular to ███ ██████████. Prior to owning the above businesses, I worked for ████ and held
the position of ██████████████████ ██ █████, subsequent to that I worked for ████████████
██ █ █████ All in all engaging in business with John Simonlacaj.

My companies have also engaged in many projects with █████████████████, where I have worked side by
side with John Simonlacaj. Throughout all my working relationship with John, I have always been
impressed by his work ethic, hardworking nature and values, which have prompted me to continue
engaging in business with him. He is a man, who is well-known in the real estate development industry
and by his peers as a decent, loyal, honest, ethical and righteous man. And I am a witness of his qualities
and of his professional integrity.

I, not only know him in professional terms as the █████████████ █████████████████████████
Your Honor, but also as a friend. I have known John Simonlacaj for nearly 35 years. We have been friends
since childhood. We grew up together. He has been a close friend to my family and I. We have spent
significant time together both personally and professionally, as we both have families and have young
children.

John has been there for me in the most difficult times of my life, when my wife was diagnosed with
████ ███████. John was there to help me in countless ways. He and his wife would bring dinner over
when my wife ██████████, he would call almost daily to check if we needed anything. He would take
my kids to dinner or a movie with his kids and the list goes on and on.  We live in the same town and he
has become "my go too guy" in any unexpected situation I am having at home with my ████████████. I
can't tell you enough on how much I rely on him. I truly love him like a brother and words can't express
how I feel about him. He is kind and caring and a good family man. I hope your honor that you could be
lenient with John.

I understand John has made a mistake and I know how he deeply regrets it. I hope, your Honor, that you
could be lenient with John Simonlacaj for the sake of his family, who depend. He is a good family man.

Sincerely,

Nick Vataj

████████████████

# EXHIBIT 12

Samuel J. Votta

Staten Island, NY

June 15, 2016

Honorable Vincent Bricetti;

I am pleased to provide a letter of Good Character for John Simonlacaj, residing at
Scarsdale, NY

It has been my pleasure to know Mr. Simonlacaj, his wife Drita, and their three children for over ten years.
I have been in their company many times and have witnessed a genuine loving family relationship that is
the backbone of society in this great country.

Mr. Simonlacaj is one of the most honest, dedicated hard workers I have ever known. He has always
displayed the highest degree of professionalism, integrity and ethics of any decent man I have known. On
a personal note, John and his wife have been there for me and my family in a recent personal crisis. On
September 29, 2014                                                                                l. John and
his wife drove from Scarsdale many times not only to offer their personal services, such as driving my
wife Susan to and from                      , but also offering to supply meals and any personal chores to aid me
and my family at a very difficult time in my life. I will never forget how he dropped everything for a
friend in need. He and his wife and whole family are wonderful, caring, genuine human beings. I will
never forget his support and prayers , it comforted me greatly

His dedication to family, work, and community are second to none in my opinion, and I have always felt
that I was in the presence of an honorable man who very often displayed, loyalty, humility and
compassion, in some very difficult and trying situations. These traits are rare and desirable in today's
world.

I am aware of the fact that Mr. Simonlacaj has had some legal issues recently. I implore you to take into
consideration the foregoing, and in your infinite wisdom, you adjudicate the issues with compassion,
fairness, mercy, and  concern for his family, friends, associates, and for the entire benefit of the
community at large.

Sincerely,

Samuel J. Votta