CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | BART FRIEDMAN | | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN |
| L. HOWARD ADAMS | PIERRE M. GENTIN | | JOEL H. LEVITIN | JOHN SCHUSTER |
| ROBERT A. ALESSI | CHARLES A. GILMAN | | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | JASON M. HALL | | ANN S. MAKICH | DARREN SILVER |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | | JONATHAN I. MARK | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | CRAIG M. HOROWITZ | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | DOUGLAS S. HOROWITZ | | WILLIAM J. MILLER | SUSANNA M. SUH |
| BRADLEY J. BONDI | TIMOTHY B. HOWELL | | NOAH B. NEWITZ | ANTHONY K. TAMA |
| SUSAN BUCKLEY | DAVID G. JANUSZEWSKI | | MICHAEL J. OHLER | JONATHAN D. THIER |
| KEVIN J. BURKE | ELAI KATZ | | DAVID R. OWEN | JOHN A. TRIPODORO |
| JAMES J. CLARK | THOMAS J. KAVALER | | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. |
| BENJAMIN J. COHEN | BRIAN S. KELLEHER | | LUIS R. PENALVER | HERBERT S. WASHER |
| SEAN M. DAVIS | DAVID N. KELLEY | | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS |
| STUART G. DOWNING | RICHARD KELLY | | MICHAEL W. REDDY | S. PENNY WINDLE |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | EDWARD P. KRUGMAN | | JAMES ROBINSON | COREY WRIGHT |
| JENNIFER B. EZRING | JOEL KURTZBERG | | THORN ROSENTHAL | JOSHUA M. ZELIG |
| JOAN MURTAGH FRANKEL | TED B. LACEY | | TAMMY L. ROY | DANIEL J. ZUBKOFF |
| JONATHAN J. FRANKEL | MARC R. LASHBROOK | | | |

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

212.701.3207

*ADMITTED IN DC ONLY

September 19, 2016

Re: *United States* v. *John Simonlacaj*
16 Cr. 384 (VB)

Dear Judge Briccetti:

We respectfully submit this letter to request that the Court recommend that the Bureau of Prisons designate the defendant John Simonlacaj to the minimum security Satellite Prison Camp at FCI Otisville, or, if such designation is unavailable due to space limitations, to the minimum security camp at FCI Fort Dix (satellite camp), FCI Loretto (satellite camp), or FCI Morgantown.

In addition, we respectfully request that the defendant be permitted to surrender to the designated facility for service of his sentence on January 2, 2017. This would avoid requiring the defendant to miss both the Thanksgiving and Christmas holidays with his family.

Respectfully submitted,

Anirudh Bansal /fer

Anirudh Bansal

The Honorable Vincent Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

BY ECF

cc: Stephen McCahey, Esq.
Mary Anne Carnival, Esq.
United States Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, New York 10278
(By ECF)