

U.S. Department of Justice

Antitrust Division

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8033

FAX 212/335-8023

September 20, 2016

The Honorable Vincent L. Bricccetti  
United States District Judge  
Southern District of New York  
300 Quarropas Street, Room 630  
White Plains, New York

> Re: *United States v. John Simonlacaj*, 16 Cr. 384 (VB)

Dear Judge Briccetti:

The Government respectfully submits this letter in response to the Court's order of September 20, 2016. The Government has no objection to the defendant, John Simonlacaj, surrendering for service of his sentence to his assigned Bureau of Prisons facility on January 2, 2017.

Respectfully submitted,

MARY ANNE F. CARNIVAL  
Trial Attorney  
Antitrust Division

Enclosure

cc: Anirudh Bansal, Esq., Samantha Lawson, Esq. (by ECF)