ORIGINAL

PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

U.S. DISTRICT COURT
FILED
NOV 08 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

JOHN SIMONLACAJ,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

16 CR 00384-01 (VB)

SOUTHERN DISTRICT OF NEW YORK

      Satisfaction is acknowledged between United States of America, plaintiff, and John Simonlacaj, defendant, for the fine in the amount of $25,000.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $25,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 21st day of September, 2016.

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York

                            By: _____
                                 KATHLEEN A. ZEBROWSKI
                                 Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

      On the 8th day of November 2016, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 19