# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
BRADLEY J. BONDI
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

BART FRIEDMAN
CIRO A. GAMBONI
CHARLES A. GILMAN
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
RICHARD KELLY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
MARC R. LASHBROOK

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
ATHY A. O'KEEFFE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
MICHAEL W. REDDY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY

JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

(212) 701-3207

March 2, 2017

Re: *United States* v. *John Simonlacaj*
16 Cr. 384 (VB)

Dear Judge Briccetti:

  The defendant John Simonlacaj is scheduled to be released from custody on March 31, 2017. We are informed that Mr. Simonlacaj's passport is being held by the Pretrial Services Office, to which it was surrendered when Mr. Simonlacaj was presented and arraigned. Pretrial Services informs us that they require an Order from the Court to release the passport to Mr. Simonlacaj, or to us as his representatives. Accordingly, we respectfully request that the Court enter an Order, in the form set forth below, directing the Pretrial Services Office to release the passport to Mr. Simonlacaj, or to my firm on his behalf.

  Please let me know if the Court requires further information in connection with this request.

                  Respectfully submitted,

                  /s/ Anirudh Bansal
                    Anirudh Bansal

The Honorable Vincent Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

BY ECF

cc: Stephen McCahey, Esq.
Mary Anne Carnival, Esq.
United States Department of Justice
Antitrust Division
26 Federal Plaza
Room 3630, 36th Floor
New York, NY 10278
(By ECF)

* * *

For good cause shown, IT IS, on this __ day of March, 2017,

ORDERED, that the Pretrial Services Office shall release the passport of defendant John Simonlacaj to Mr. Simonlacaj, or his attorneys, Cahill Gordon & Reindel LLP, upon the oral request of either.

_____
HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK