# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | BART FRIEDMAN | TELEPHONE: (212) 701-3000 | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN |
| L. HOWARD ADAMS | CIRO A. GAMBONI | WWW.CAHILL.COM | JOEL H. LEVITIN | JOHN SCHUSTER |
| ROBERT A. ALESSI | CHARLES A. GILMAN | | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | JASON M. HALL | | ANN S. MAKICH | DARREN SILVER |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | JONATHAN I. MARK | HOWARD G. SLOANE |
| LANDIS C. BEST | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| BRADLEY J. BONDI | DOUGLAS S. HOROWITZ | (202) 862-8900 | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| SUSAN BUCKLEY | TIMOTHY B. HOWELL | | NOAH B. NEWITZ | SUSANNA M. SUH |
| KEVIN J. BURKE | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | MICHAEL J. OHLER | ANTHONY K. TAMA |
| JAMES J. CLARK | ELAI KATZ | 24 MONUMENT STREET | ATHY A. O'KEEFFE | JONATHAN D. THIER |
| BENJAMIN J. COHEN | THOMAS J. KAVALER | LONDON EC3R 8AJ | DAVID R. OWEN | JOHN A. TRIPODORO |
| SEAN M. DAVIS | BRIAN S. KELLEHER | +44 (0)20 7920 9800 | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | DAVID N. KELLEY | | LUIS R. PENALVER | HERBERT S. WASHER |
| ADAM M. DWORKIN | RICHARD KELLY | | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | CHÉRIE R. KISER* | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | S. PENNY WINDLE |
| JENNIFER B. EZRING | EDWARD P. KRUGMAN | | JAMES ROBINSON | DAVID WISHENGRAD |
| JOAN MURTAGH FRANKEL | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JONATHAN J. FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| | | (212) 701-3207 | | DANIEL J. ZUBKOFF |

*ADMITTED IN DC ONLY

March 2, 2017

Re:   *United States v. John Simonlacaj*
      16 Cr. 384 (VB)

Dear Judge Briccetti:

The defendant John Simonlacaj is scheduled to be released from custody on March 31, 2017. We are informed that Mr. Simonlacaj's passport is being held by the Pretrial Services Office, to which it was surrendered when Mr. Simonlacaj was presented and arraigned. Pretrial Services informs us that they require an Order from the Court to release the passport to Mr. Simonlacaj, or to us as his representatives. Accordingly, we respectfully request that the Court enter an Order, in the form set forth below, directing the Pretrial Services Office to release the passport to Mr. Simonlacaj, or to my firm on his behalf.

Please let me know if the Court requires further information in connection with this request.

Respectfully submitted,

/s/ Anirudh Bansal
Anirudh Bansal

The Honorable Vincent Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/17

- 2 -

BY ECF

cc:  Stephen McCahey, Esq.
     Mary Anne Carnival, Esq.
     United States Department of Justice
     Antitrust Division
     26 Federal Plaza
     Room 3630, 36th Floor
     New York, NY 10278
     (By ECF)

APPLICATION GRANTED.   * * *

For good cause shown, IT IS, on this 3rd day of March, 2017,

ORDERED, that the Pretrial Services Office shall release the passport of defendant John Simonlacaj to Mr. Simonlacaj, or his attorneys, Cahill Gordon & Reindel LLP, upon the oral request of either.

_____
HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK