UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOHN SIMONLACAJ,<br>                       Defendant. | Docket No.: 16-cr-384<br><br>**NOTICE OF CHANGE OF ADDRESS** |

        PLEASE TAKE NOTICE that effective September 1, 2020, the law firm of Cahill Gordon & Reindel LLP will be relocating to 32 Old Slip, New York, New York, 10005. All facsimile, telephone numbers, and email addresses will remain the same.

                                        Cahill Gordon & Reindel LLP

                                        By:  /s/ Anirudh Bansal

                                        Anirudh Bansal
                                        Samantha Lawson
                                        CAHILL GORDON REINDEL LLP
                                        32 Old Slip
                                        New York, New York 10005
                                        Telephone: (212) 701-3000
                                        abansal@cahill.com
                                        slawson@cahill.com

                                        *Attorneys for Defendant John Simonlacaj*